LEONARD SPRINZEN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment as amended reversed on the law and a new trial granted, costs to abide the event, upon the ground that the question of plaintiff's contributory negligence should have been submitted to the jury. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Hagarty, J., dissents and votes to affirm.

ANTONIO ALVAREZ FUENTES VALDES, Respondent, v. JOHN C. TOMLINSON, JR., and Others, Copartners Doing Business under the Firm Name and Style of TOMLINSON, HERRICK, HOPPIN & COATS, Appellants.— Order denying defendants' motion to dismiss the second cause of action, or for alternative relief, affirmed, with ten dollars costs and disbursements. Defendants may have ten days to answer after service of the order to be made hereon with notice of entry thereon. No opinion. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

FRED G. WEYHRAUCH, as Administrator, etc., of ANNA WEYHRAUCH, Deceased, Respondent, v. GEORGE I. MILLER, Defendant, and UNITY HOSPITAL, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied, without costs. The complaint does not state a cause of action against the hospital and, therefore, the examination should not have been authorized. (Schloendorff v. New York Hospital, 211 N. Y. 125; Matter of Renouf v. N. Y. C. R. R. Co., 254 id. 349; Mieryjeski v. Bay Ridge Sanitarium, Inc., 237 App. Div. 851.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Application of THOMAS J. MOLLOY, JR., Petitioner, to Direct the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Defendant, to Omit and Refuse to Recognize EDWARD J. FINCK as a Candidate of the City Fusion Party for the Assembly from the Twelfth Assembly District, Kings County, and Also to Omit and Refuse to Recognize MATHEW RAMSDEN as a Candidate of the City Fusion Party for Alderman, Forty-seventh Aldermanic District, Kings County, and for Further Relief.— Order affirmed. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Application of ALFRED C. F. TROY for an Order with Respect to Alleged Candidates for Assembly and Board of Aldermen on the Recovery Ticket in Twelfth District, Kings.— Order affirmed. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.